JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01848-SSS-DTBx | Date | March 3, 2025 |
| Title | *Rodrigo Avalos Torres v. County of Riverside et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE**

On January 6, 2025, the Court granted in part and denied in part Defendants' unopposed Motion to Dismiss Plaintiff's Complaint. [Dkt. 12]. The Court dismissed without prejudice three federal constitutional claims and ordered Plaintiff to file an amended complaint by January 24, 2025. [*Id*. at 6]. Plaintiff did not file an amended complaint. On February 6, 2025, the Court issued an Order to Show Cause why this case should not be remanded for lack of subject matter jurisdiction over Plaintiff's sole surviving negligence claim. [Dkt. 13]. Plaintiff did not respond.

On February 18, 2025, the Court issued an Order to Show Cause why this action should not be dismissed for failure to prosecute this case. [Dkt. 17]. The Court warned Plaintiff that failure to respond would result in the dismissal of this action in its entirety with prejudice. [*Id.*]. Plaintiff has again not responded.

Accordingly, the Court **DISMISSES** this action with prejudice. The Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED.**